**KENNETH R. GRAHAM, # 216733**
Law Offices of Kenneth R. Graham
171 Mayhew Way, Suite 208
Pleasant Hill, CA 94523
Tel No. (925)932-0170
Fax. No.(925)932-3940
Email: krg@elaws.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No.: 09-42681 |
| | ) |
| ALICIA & ROGELIO DE VERA | ) Chapter 11 |
| | ) |
| | ) **PROOF OF SERVICE** |
| | ) |
| | ) Date: N/A |
| | ) Time: |
| Debtors. | ) Place: |
| | ) |

I, the undersigned, declare that I am employed in the County of Contra Costa. I am over the age of 18 years and I am the attorney to the within entitled action. My business address is 171 Mayhew Way, Suite 208, Pleasant Hill, CA 94523.

On August 6, 2009, I served a copy of the following:

     **1. Debtors in Possession's Application for Employment of Appraiser;**

     **2. Verified Statement of Appraiser for Debtors in Possession;**

     **3. Order Authorizing Retention of Appraiser for the Debtors in Possession;**

     **4. Copy of Employment Agreements and Appraiser License Certificate,**

by placing same in a sealed envelope with postage thereon fully prepaid in the United States Mail at Pleasant Hill, California to all parties entitled to receive regularly mailed notices, addressed as follows:

**U.S. BANKRUPTCY JUDGE**
**Edward D. Jellen**
1300 Clay Street
Oakland, CA 94612

1

Proof of Service

1

**U.S. TRUSTEE**
**Office of the U.S. Trustee**
Oakland Division Office
1301 Clay Street, Suite 690N
Oakland, CA 94612

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on August 6, 2009 at Pleasant Hill, California.

        _/s/ Kenneth R. Graham_
        KENNETH R. GRAHAM, ESQ.

2

Proof of Service