**KENNETH R. GRAHAM, # 216733**
Law Offices of Kenneth R. Graham
171 Mayhew Way, Suite 208
Pleasant Hill, CA 94523
Tel No. (925)932-0170
Fax. No. (925)932-3940
Email: krg@elaws.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:

ALICIA & ROGELIO DE VERA

Debtors.

Case No.: 09-42681

Chapter 11

**DEBTORS IN POSSESSION'S APPLICATION FOR EMPLOYMENT OF REAL ESTATE APPRAISER**

Hearing Date: N/A
Time:
Courtroom:

ALICIA & ROGELIO DE VERA, Debtors-in-Possession, respectfully request an order of the court authorizing the employment of Aaron J. Barcelon of A. Barcelon Appraisals to complete residential real estate appraisals for the debtors in this case and states:

1. On April 2, 2009, the Debtors filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code.

2. The Debtors desire to employ the Aaron J. Barcelon of A. Barcelon Appraisals. The agreed amount for appraisal services is $350 per property. The total payments were made upon the completion of the appraisal reports for three properties on July 11, 2009 in the amount of $1,050.

3. The professional services rendered by the appraiser are summarized as follows:

(a) To submit an appraisal of property located at 518 Shirley Avenue, Hayward, California 94541;

(b) To submit an appraisal of property located at 27735 Havana Road, Hayward, California 94544;

1

Debtors in Possession's Application for Employment of Appraiser

Case: 09-42681   Doc# 51   Filed: 08/13/09   Entered: 08/13/09 12:08:33   Page 1 of 2

(c) To submit an appraisal of property located at 10258 Gilliam Way, Elk Grove, California 95757;

(d) The appraisals submitted will follow the Uniform Standards of Professional Appraisal Practices, on forms meeting the requirements of most lenders as well as those in the secondary market;

(e) To cover these subjects as part of the appraisal: (1) Neighborhood, (2) Site, (3) Improvements, and (4) Interior Finish and Equipment;

4. To the best of the debtors' knowledge, neither said appraiser nor Appraisal Company has any connection with the debtors, creditors or other parties in interest or their respective attorneys and accountants, or the United States Trustee or any employee of the Office of the United States Trustee. Neither said appraiser nor said appraisal company represent any interest adverse to the debtor.

5. Attached to this application are: 1) Verified Statement of Appraiser, and 2) Copy of Employment Agreements and Appraiser License Certificate.

WHEREFORE, the debtors respectfully request an order authorizing employment of Aaron J. Barcelon of A. Barcelon Appraisals, pursuant to 11 U.S.C. § 327.

I CERTIFY that a true copy of this application was mailed this 6th day of August, 2009 to the parties indicated below.

| | |
|---|---|
| **EDWARD D. JELLEN**<br>**U.S. Bankruptcy Judge**<br>1300 Clay Street<br>Oakland, CA 94612 | **OFFICE OF THE U.S. TRUSTEE**<br>**Oakland Division Office**<br>1301 Clay Street, Suite 690N<br>Oakland, CA 94612 |

*/s/ Alicia De Vera*
**ALICIA DE VERA**
Debtor-in-Possession

*/s/ Rogelio De Vera*
**ROGELIO DE VERA**
Debtor-in-Possession